Argued and submitted May 24, reversed and remanded for reconsideration July 8, 2004

In the Matter of the Compensation of
Leonard F. Staley, Claimant.

YELLOW TRANSPORTATION, INC.,
*Petitioner,*

*v.*

Leonard F. STALEY,
*Respondent.*

01-07245; A122101

93 P3d 97

Sandra K. Haynes argued the cause for petitioner. With her on the briefs were Lawrence E. Mann, and Wallace, Klor & Mann, P. C.

Jodie Anne Phillips Polich argued the cause for respondent. With her on the brief were Law Offices of Jodie Anne Phillips Polich, P. C., and George J. Wall, and Welch, Brunn & Green.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Wayne-Dalton Corp. v. Mulford*, 190 Or App 370, 79 P3d 894 (2003).